**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CASEYVILLE HOSPITALITY GROUP LLC doing business as AMERICA'S BEST,<br><br>Plaintiff,<br>v.<br><br>BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES,<br><br>Defendant. | Case No. 3:23-CV-03586-NJR |

**STIPULATION**

This cause having been settled between the parties hereto, it is hereby stipulated and agreed by and between the parties through their undersigned counsel that the above and foregoing cause be dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

DATED: August 23, 2024

Respectfully submitted,

*/s/: Van-Lear P. Eckert*
Van-Lear P. Eckert
Law Office of Van-Lear P. Eckert, PC
103 W. Main Street
Belleville, Illinois 62220
Telephone: 618-233-8800
vpe@vpelaw.com

*Attorney for Plaintiff Caseyville Hospitality Group LLC d/b/a America's Best*

*/s/: Janette M. Forman*
Matthew S. Ponzi
Janette M. Forman
Foran Glennon Palandech Ponzi & Rudloff
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
Telephone: (312) 863-5000
Facsimile: (312) 863-5099
mponzi@fgppr.com
jforman@fgppr.com

*Attorneys for Defendant AmGUARD Insurance Company (incorrectly sued as Berkshire Hathaway Guard Insurance Companies)*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above document was filed electronically with the above-captioned court, with notice of case activity to be generated and sent electronically to all attorneys of record by the Clerk of said court, this 23rd day of August, 2024.

*/s:/ Janette M. Forman*
Janette M. Forman