**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**CASEYVILLE HOSPITAL GROUP LLC d/b/a AMERICAN BEST INN,**

**Plaintiff,**

**v.**

**AMGUARD INSURANCE COMPANY,**

**Defendant.**

**Case No. 3:23-CV-03586-NJR**

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the parties' Joint Stipulation of Dismissal dated August 23, 2024 (Doc. 44), this entire action is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**DATED: August 26, 2024**

**MONICA A. STUMP,**
**Clerk of Court**

**By:** *s/ Deana Brinkley*
**Deputy Clerk**

**APPROVED:** Nancy J. Rosenstengel

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**